In the Matter of the Claim of ISAAC GINSBERG, Respondent, against HOLLYWOOD LUGGAGE CORP. et al., Respondents, and COMMERCIAL CASUALTY COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 14, 1950; decided May 18, 1950.

*Charles P. Barre* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Theodore M. Schwartz, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.